AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AMIT CHAUDHRY, | ) | Case No. 1:15-MJ-442 |
| a/k/a: "Rajan Verma," a/k/a: "Greg," | ) | |
| a/k/a: "John King," a/k/a: "Sachin Sinha," | ) | |
| a/k/a: "Indrajit Chaudhri," a/k/a: "Amit Kumar," | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2012 through present_____ in the county of _____Loudoun_____ in the

_____Eastern_____ District of _____Virginia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1956(h) | Conspiracy to commit money laundering. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

| |
|---|
| AUSA Katherine L. Wong |

_Complainant's signature_

John Rushton, FBI Special Agent

_Printed name and title_

Sworn to before me and signed in my presence.

Date:   _____08/27/2015_____

/s/

Theresa Carroll Buchanan
United States Magistrate Judge

_Judge's signature_

Honorable Theresa C. Buchanan, U.S. Magistrate Judge

City and state:   _____Alexandria, Virginia_____

_Printed name and title_